**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ISAAC LEVIN and OFRA LEVIN,

                    Plaintiffs,

               - against -

AMERICAN DOCUMENT SERVICES, LLC,
TODD C. JOHNSON, JOYCE BREUNINGER,
BLACK KNIGHT INFOSERV, LLC, f/k/a
LENDER PROCESSING SERVICES, INC.,
DOCX, LLC, BLACK KNIGHT FINANCIAL
SERVICES, and WELLS FARGO BANK,
N.A., as Trustee FOR OPTION ONE
MORTGAGE LOAN TRUST 2007-1, ASSET-
BACKED CERTIFICATES, SERIES 2007-1,

                    Defendants
-------------------------------------------------------------X

**JUDGMENT**
CV 17-1285 (JMA)(AYS)

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 16, 2019; adopting the June 25, 2019 Report and Recommendation of United States Magistrate Judge Anne Y. Shields as the opinion of the Court; granting Defendants' motions to dismiss; denying Plaintiffs' motion for a declaratory judgment; dismissing Plaintiffs' amended complaint in its entirety with prejudice and without leave to replead; and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that Plaintiffs Isaac Levin and Ofra Levin take nothing of Defendants American Document Services, LLC, Todd C. Johnson, Joyce Breuninger, Black Knight InfoServ, LLC, Black Knight Financial Services, DocX, LLC, and Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2007-1, Asset Backed Certificates, Series 2007-1; that Defendants' motions to dismiss are granted; that Plaintiffs' motion for a declaratory

judgment is denied; that Plaintiffs' amended complaint is dismissed in its entirety with prejudice

and without leave to replead; and that this case is hereby closed.


Dated:  Central Islip, New York
        August 19, 2019

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                            BY:     /S/ JAMES J. TORITTO
                                    DEPUTY CLERK